EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Extensión de términos ante el paso del Huracán Irma y la pérdida del servicio eléctrico | 2017 TSPR 169<br><br>198 DPR ____ |

Número del Caso: EM-2017-06

Fecha: 11 de septiembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de Términos                    EM-2017-06
ante el paso del
Huracán Irma y la pérdida
del servicio eléctrico

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de septiembre de 2017.

Tras el paso cercano del Huracán Irma por Puerto Rico, el sistema eléctrico sufrió averías a través de todo Puerto Rico. Al día de hoy, todavía no se ha restablecido en su totalidad el servicio de energía eléctrica en muchos sectores.

Por lo tanto, en aras de evitar que las partes se vean imposibilitadas de presentar sus recursos por esta situación, se extenderán hasta el miércoles 13 de septiembre de 2017 los términos que quedaron en suspenso desde el martes 5 de septiembre de 2017 y que hubiesen vencido hoy lunes, 11 de septiembre de 2017, por ser el próximo día laborable. Ello, al amparo de nuestra facultad para reglamentar los procedimientos judiciales y conforme a lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73.

Se recaba que los abogados y abogadas, así como demás partes, deben hacer los arreglos necesarios para cumplir con la presentación de los escritos correspondientes conforme a lo aquí dispuesto.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina